# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| CANDANCE FORD,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMUNITY ACTION FOR IMPROVEMENT, INC.,<br><br>      Defendant. | CASE NO. 3:20-cv-00174 (TCB) |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING THE CASE WITH PREJUDICE

By consent of the parties hereto, and the Court having reviewed the *Settlement Agreement and Mutual Releases* ("Settlement Agreement") executed by the parties, and being otherwise fully advised, it is therefore ORDERED AND ADJUDGED as follows:

1. The Court hereby approves the Settlement Agreement submitted by the parties in this case;

2. The above-entitled lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement); and

3. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

DONE AND ORDERED on this 14th day of May, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge